**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01917-REB-MJW

DENNIS MICHAEL BLAY,

    Plaintiff,

v.

JOHN REILLY, ET AL.,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**Blackburn, J.**

This matter has been remanded to me by of the United States Court of Appeals for the Tenth Circuit.  (*See* Mandate [#151], filed November 21, 2005.)  The Tenth Circuit has vacated the Judgment [#118], filed July 22, 2004), and directed me to enter an order dismissing plaintiff's claims without prejudice for failure to exhaust administrative remedies.

**THEREFORE, IT IS ORDERED** that plaintiff's claims are **DISMISSED, WITHOUT PREJUDICE**.

Dated November 23, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge