IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   01-cv-01917-REB-MJW

DENNIS MICHAEL BLAY,

Plaintiff(s),

v.

JOHN REILLY, et al.,

Defendant(s).

ORDER SETTING STATUS CONFERENCE

    IT IS HEREBY ORDERED that the Motion to Set Case for Pretrial Conference and Scheduling Order and/or Settlement Conference, DN 188 filed with the Court on November 19, 2007, is GRANTED.  A TELEPHONIC STATUS CONFERENCE shall be held on:

> January 3, 2008, at 9:30 am
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

    If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

    FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER OF:

Dennis Michael Blay, #80434
Crowley County Correctional Facility
6564 State Highway 96

Unit 1-A-3134
Olney Springs CO 81062-8700

      FURTHER, it is ORDERED that the Defendants' counsel shall initiate the conference call to all parties, to include the Plaintiff. (The Court's telephone number is (303) 844-2403.) The plaintiff's case manager shall make the appropriate arrangements to permit the plaintiff's attendance at the Telephonic Status Conference on January 3, 2008, at 9:30 a.m.

Date: December 5, 2007