IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01917-REB-MJW

DENNIS MICHAEL BLAY,

Plaintiff,

v.

JOHN REILLY, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the State Defendants' Motion to Stay (Docket No. 199) is granted to the extent that the Rule 16 Scheduling Conference set for January 31, 2008, at 8:30 a.m. is vacated.

Date: January 30, 2008