**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 01-cv-01917-REB-MJW

DENNIS MICHAEL BLAY,

    Plaintiff,

v.

JOHN REILLY, ET AL.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) plaintiff's **Motion for Injunctive Relief** [#209], filed April 16, 2008; and (2) the magistrate judge's **Recommendation on Plaintiff's Motion for Injunctive Relief (Docket No. 209)** [#211], filed April 16, 2008. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Plaintiff's Motion for Injunctive Relief (Docket No. 209)** [#211], filed April 16, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

2. That plaintiff's **Motion for Injunctive Relief** [#209], filed April 16, 2008, is **DENIED**.

Dated May 9, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            Robert E. Blackburn
                                            United States District Judge